# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:06-CV-1410 CAS |
| AEGON DIRECT MARKETING SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant Aegon Direct Marketing Services, Inc.'s ("Aegon") Motion to Compel Compliance with the Court's December 9, 2008 Order [Doc. 158], and plaintiff Express Scripts, Inc.'s ("ESI") Motion to Compel Compliance with the Court's December 9, 2008 Order [Doc. 165]. In their respective motions, both parties ask the Court to compel the opposing party to comply with a discovery order that was entered in this matter on December 8, 2008. The December 8, 2008 Order granted, at least in part, ESI's and Aegon's Rule 37(a) motions to compel responses to discovery requests.

It would appear the Court has already ordered the parties to provide the discovery each side now seeks in their respective motions. The Court has no intention of re-visiting motions to compel it has already ruled on. Therefore, the motions will be denied. If indeed either ESI or Aegon has failed to comply with the December 8, 2008 Order, the proper motion would not be a motion to compel, but a Rule 37(b) motion for sanctions for failure to comply with a Court order. See Fed. R. Civ. P. 37(b). The Court notes that any such motion should detail the manner in which the opposing

party has failed to comply with the relevant discovery order, as well as provide the sanction(s) the party seeks, and the legal authority and factual support for any such sanction(s).

Accordingly,

**IT IS HEREBY ORDERED** that defendant Aegon Direct Marketing Services, Inc.'s Motion to Compel Compliance with the Court's December 9, 2008 Order is **DENIED.** [Doc. 158]

**IT IS FURTHER ORDERED** that plaintiff Express Scripts, Inc.'s Motion to Compel Compliance with the Court's December 9, 2008 Order is **DENIED.** [Doc. 165].

                                                   **CHARLES A. SHAW**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated this   30th    day of March, 2009.